Motion Granted; Dismissed and Memorandum Opinion filed
August 16, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00389-CR

____________

 

JOHN DEE CRISP, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 56th District Court

Galveston County, Texas

Trial Court Cause No. 10CR2446

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant’s request.

Accordingly, we order the appeal dismissed.  We direct the
clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices
Frost, Seymore, and Jamison.

Do Not Publish — Tex. R. App.
P. 47.2(b).